|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARRIEM B. SHAHEED,

    Petitioner,

  v.

A. P. KANE, Warden,

    Respondent.
                                 /

No. C 06-2117 WHA (PR)

**ORDER DENYING MOTION FOR RECONSIDERATION**

(Docket No. 40)

      This is a habeas case brought pro se by a state prisoner under 28 U.S.C. 2254. The petition was dismissed on February 2, 2007, because it was filed nearly five years after expiration of the statute of limitations. The ruling rejected petitioner's contention that the purported violations of his constitutional rights at trial excused him from complying with the limitations deadline. This Court declined to issue a certificate of appealability, as did the United States Court of Appeals for the Ninth Circuit. On June 1, 2009, more than two years after entry of judgment, petitioner filed the motion for relief from judgment pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. The motion was denied on July 31, 2009.

      On August 18, 2009, petitioner mailed a "Petition For Rehearing En Banc" to the Court of Appeals. The Court of Appeals the motion to this court for filing without explanation. The clerk has filed the motion herein as a motion for reconsideration. To the extent petitioner seeks reconsideration of the dismissal of this matter, the motion is denied for the reasons set forth in the order dated July 31, 2009, in which lief from judgment was denied.

1  To the extent he seeks reconsideration of the denial of the motion for relief from judgment,
2  petitioner has set forth no valid grounds for such reconsideration.  Accordingly, the motion
3  for reconsideration (docket number 40) is **DENIED**.

**IT IS SO ORDERED.**

Dated: January   11  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\SHAHEED117.REC.wpd